IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Melinda F. Reaves, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:06-cv-02359-TLW-TER |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the Unopposed Motion for Entry of Judgment filed on June 4, 2013 by Defendant, the Acting Commissioner of Social Security, (Doc. #11) and the attached fully favorable decision of the Administrative Law Judge finding plaintiff disabled as of July 25, 2006 (Doc. #11-1), it is **HEREBY ORDERED** that Judgment for Plaintiff is entered pursuant to Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

                 s/ Terry L. Wooten
                 Terry L. Wooten
                 Chief United States District Judge

June 11, 2013
Columbia, South Carolina